# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA VELASQUEZ-HERNANDEZ,<br><br>        Petitioner,<br><br>        v.<br><br>ERIC H. HOLDER,<br><br>        Respondent. | Case No. CV 11-0214 DDP (JCG)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the above-captioned action is summarily DISMISSED for lack of subject matter jurisdiction.

DATED: March 10, 2011

_____

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1